IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER W. GABLE                                        PLAINTIFF

v.                       No. 4:20-cv-1519-DPM

UNITED STATES DEPARTMENT OF
JUSTICE; ASHLEY PRATT, UNITED
STATES PROBATION OFFICER;
JESSICA D. BLASINGAME, UNITED
STATES PROBATION OFFICER; and
UNITED STATES PROBATION
SERVICES                                                    DEFENDANTS

ORDER

This Court is presiding over Gable's pending revocation proceeding. *United States v. Gable*, E.D. Ark. No. 4:19-cr-230-DPM. His new lawsuit challenges the basis for that proceeding and alleges that the warrant was issued based on false or misleading information. Because I issued the challenged warrant, my impartiality in handling this case might reasonably be questioned. 28 U.S.C. §455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2021