IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER W. GABLE**  **PLAINTIFF**

V.    CASE NO. 4:20-cv-1519 JM

**UNITED STATES DEPARTMENT OF**  **DEFENDANTS**
**JUSTICE,** *et al***.**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE